PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RASHAD SALAAM,

        Plaintiff,                             **ORDER**

      -v-                                  20-CV-6351-EAW

OFFICER JOHN DOE,

        Defendant.
_____

        Plaintiff Rashad Salaam ("Plaintiff") filed this action on May 8, 2020, in the United States District Court for the Northern District of New York, (Dkt. 1), and it was subsequently transferred to this Court (Dkt. 4). Plaintiff also requested leave to proceed *in forma pauperis* (Dkt. 2; Dkt. 3), which was granted on April 6, 2021 (Dkt. 8). Once a plaintiff is granted permission to proceed *in forma pauperis*, the responsibility for effecting service of the summons and complaint shifts from the plaintiff to the Court. *See* 28 U.S.C. § 1915(d); *Wright v. Lewis*, 76 F.3d 57, 59 (2d Cir. 1996).

        The only defendant in this action is "Officer John Doe," an unidentified Attica Correctional Facility officer. In response to the Court's request pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the Attorney General of the State of New York was unable to identify Officer John Doe because there was no unusual incident report made during Plaintiff's confinement at Attica. (Dkt. 14). Plaintiff is now directed to provide, **within 30 days of the date of this Order**, a physical description of Officer John Doe and any other information that may lead to his identification, including but not limited to his shift hours and location at the time of the incident alleged in this action.

1

SO ORDERED.

_____
Elizabeth A. Wolford Chief Judge
United States District Court

DATED:　　March 21, 2022
　　　　　　Rochester, NY